IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT E. WOOWARD
ADC #166447                                                      PLAINTIFF

V.                CASE NO. 5:18-CV-321-DPM-BD

JAMES GIBSON, et al.                                             DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED, this 26th day of March, 2019.

_____
UNITED STATES MAGISTRATE JUDGE